United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10640-MH |
| PanoramaVision, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2023 | Form ID: ntcpdiv | Total Noticed: 74 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PanoramaVision, Inc., PO Box 20885, Riverside, CA 92516-0885 |
| cr | + | Falcon Leasing, a Division of Falcon National Bank, 28 11th Ave. South, Suite 103, St. Cloud, MN 56301-6448 |
| 41436474 | + | A&J Truck Repairs, 2231 Hammer Avenue, Norco, CA 92860-2608 |
| 41436475 | + | A-Aerial, 3462 Webster Avenue, Perris, CA 92571-3171 |
| 41436476 | | ABT Transport & Equipment, Inc., 2063 Rancho Valley Drive, Ste. 320 #504, Ontario, CA 91762 |
| 41436478 | + | Aijet Communications, 1114 Magnolia Avenue, Ontario, CA 91762-4720 |
| 41436479 | #+ | Alan L. Brodkin & Associates, 15500 Rockfield Blvd. #B, Irvine, CA 92618-2722 |
| 41436480 | | Allan Mitchell, 15887 Burwood Road, Victorville, CA 92394 |
| 41436481 | + | Arijet Communications, 1848 Norwood Plaza, Suite 101, Hurst, TX 76054-3751 |
| 41436482 | + | Arsenal Tool, PO Box 13115, Spokane, WA 99213-3115 |
| 41436483 | + | Arsenal Tool/Universal Lending, PO Box 13115, Spokane, WA 99213-3115 |
| 41436486 | + | CIT Bank, c/o Hemar, Rousso & Heald, LLP, 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2802 |
| 41436487 | + | City of Jurupa, 8930 Limonite Avenue, Riverside, CA 92509-5019 |
| 41436488 | + | City of Ontario, City Hall, 303 East B. Street, Ontario, CA 91764-4105 |
| 41436489 | + | Country Citi Towing, 110 E. Commercial Street, Anaheim, CA 92801-1207 |
| 41436491 | + | Department of Industrial Relations, Labor Commissioner's Office, 464 West 4th Street, Room 348, San Bernardino, CA 92401-1414 |
| 41436492 | + | Ditch Witch West, PO Box 35144 #5077, Seattle, WA 98124-5144 |
| 41436493 | + | EDD, 658 E. Brier Drive, Suite 300, San Bernardino, CA 92408-2847 |
| 41436495 | + | Eric Henney, 15201 Vose St., Van Nuys, CA 91405-2939 |
| 41436497 | | Exchange Bank, PO Box 760, Santa Rosa, CA 95402-0760 |
| 41436500 | | Gene Mitchell, 15827 Burwood Road, Victorville, CA 92394 |
| 41436501 | + | Ignat & Associates, Inc., 4626 Russel Avenue #3, Los Angeles, CA 90027-4223 |
| 41436503 | + | Ismael Camarillo, 8043 Vantage Avenue, North Hollywood, CA 91605-1436 |
| 41436504 | + | John Vega, 5183 Bohlig Road, Los Angeles, CA 90032-3909 |
| 41436505 | + | Jose Rodriguez, 1675 Susie Lane, San Bernardino, CA 92411-1176 |
| 41529704 | + | LANCE SOLL & LUNGHARD LLP, 203 N BREA BLVD SUITE 203, BREA CA 92821-4056 |
| 41436506 | + | Law Offices of John Clinnin, 2244 Faraday Avenue, Suite 96, Carlsbad, CA 92008-7208 |
| 41436507 | | Law Offices of Kenneth Free, 14266 Ventura Blvd., Sherman Oaks, CA 91423 |
| 41436510 | | MI Investments Group, PO Box 50492, Lansing, MI 48908 |
| 41436509 | + | Melfred Borzall, Inc., 2712 Airpark Drive, Santa Maria, CA 93455-1418 |
| 41436511 | | Michael Barrett, 429 Joshua Hills Road, Pinon Hills, CA 92372 |
| 41447988 | + | National Trench Safety, 260 North Sam Houston Pkwy East, Suite 200, Houston, TX 77060-2024 |
| 41436513 | + | Onsite Truck and Equipment, 1060 East Ontario Boulevard, Ontario, CA 91761-2026 |
| 41436514 | + | Palmieri Tyler Wiener Wilhem &, Waldron LLP, 1900 Main St., Suite 700, Irvine, CA 92614-7328 |
| 41436515 | + | Payment Protection Program (PPP), Small Buiness Administration, Director, Records Management Divisi, 409 3rd St., SW, Washington, DC 20416-0001 |
| 41436516 | | Pete's Road Service, 2230 E. Orangethorpe Avenue, Fullerton, CA 92831-5329 |
| 41436517 | + | Precision Aerial Rentals, 2020 Lowell Street, Rialto, CA 92377-3722 |
| 41436518 | + | Precision Aerial Services, 27762 Antonio Pkwy, Ladera Ranch, CA 92694-1140 |
| 41436520 | + | Quartix, 875 North Michigan Avenue, Suite 3100, Chicago, IL 60611-1962 |
| 41436522 | + | RDO Equipment Co, 10108 Riverford Road, Lakeside, CA 92040-2740 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2023 | Form ID: ntcpdiv | Total Noticed: 74 |

| | | |
|---|---|---|
| 41436521 | + | RailPros, 1320 Greenway Drive #490, Irving, TX 75038-2690 |
| 41436523 | + | Ricardo Prado, 13139 Rainer Avenue, Whittier, CA 90605-3528 |
| 41436525 | + | Robertson's, PO Box 3600, Corona, CA 92878-3600 |
| 41436528 | | Steven Wilson, 2171 Doreen Place, Santa Clarita, CA 91350 |
| 41436533 | + | TPR Traffic Solutions, 13217 Laureldale Avenue, Downey, CA 90242-5140 |
| 41436536 | | TVC Communication, PO Box 933299, Atlanta, GA 31193-0001 |
| 41436531 | + | The Myers Law Group, 4695 MacArthur Court, Suite 200, Newport Beach, CA 92660-8858 |
| 41436532 | | The Toll Road, PO Box 57011, Irvine, CA 92619-7011 |
| 41436534 | + | Trench Plate Rental, 13217 Laureldale Avenue, Downey, CA 90242-5140 |
| 41436535 | + | Trinity Westcom, Inc, 10551 Bloomfield St, Los Alamitos, CA 90720-2501 |
| 41436537 | + | Tyrol Mitchell, 5300 Melbourne Place, Riverside, CA 92508-6055 |
| 41436541 | | US Bank Equipment Finance, 1210 Madrid Street, Suite 101, Marshall, MN 56258-4002 |
| 41436539 | + | Universal Funding Corp, PO Box 13115, Spokane, WA 99213-3115 |
| 41436542 | | Vulcan Materials Co, Lockbox 55572, Los Angeles, CA 90074-5572 |
| 41436543 | | Walters Wholesale, PO Box 741406, Los Angeles, CA 90074-1406 |
| 41449236 | + | William J. Schumacher, Lathrop GPM LLP, 2049 Century Park East, Ste. 3500S, Los Angeles, CA 90067-3217 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| tr | + | EDI: QRWHITMORE.COM | Jun 14 2023 05:19:00 | Robert Whitmore (TR), 3600 Lime St Ste 616, Riverside, CA 92501-0933 |
| smg | | EDI: CALTAX.COM | Jun 14 2023 05:19:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41436477 | | Email/Text: bankruptcy@access-receivables.com | Jun 14 2023 01:25:00 | Access Receivables Management, PO Box 1377, Cockeysville, MD 21030 |
| 41436484 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 14 2023 01:25:00 | Charter Communications, Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 41436490 | + | EDI: CCS.COM | Jun 14 2023 05:19:00 | Credit Collection Services Commerci, 725 Canton Street, Norwood, MA 02062-2609 |
| 41436494 | | EDI: EDD.COM | Jun 14 2023 05:19:00 | Employment Development Dept, Bankruptcy Group MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 41436498 | + | Email/Text: loanops@falconnational.com | Jun 14 2023 01:25:00 | Falcon Leasing, 28 11th Avenue S, Suite 3, Saint Cloud, MN 56301 |
| 41436499 | + | Email/Text: jim.robischon@felling.com | Jun 14 2023 01:25:00 | Felling Trailers, 1525 Main Street South, Sauk Centre, MN 56378-2600 |
| 41436502 | + | EDI: IRS.COM | Jun 14 2023 05:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41436485 | | EDI: JPMORGANCHASE | Jun 14 2023 05:19:00 | Chase, Attn. BK Department, PO Box 100018, Kennesaw, GA 30156 |
| 41436508 | | Email/Text: bankruptcies@libertymutual.com | Jun 14 2023 01:25:00 | Liberty Mutual Insurance, PO Box 85830, San Diego, CA 92186-5830 |
| 41436519 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 14 2023 01:25:00 | Progressive Insurance Co., 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 41436526 | | Email/Text: PDELINQ@sba.gov | Jun 14 2023 01:25:00 | SBA - EIDL, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 41436527 | | Email/Text: bankruptcy@access-receivables.com | Jun 14 2023 01:25:00 | Spectrum, c/o Access Receivables Management, PO Box 1377, Cockeysville, MD 21030-6377 |
| 41436529 | ^ | MEBN | Jun 14 2023 01:17:47 | Sunbelt Rentals, PO Box 409211, Atlanta, GA 30384-9211 |
| 41436540 | | EDI: USBANKARS.COM | Jun 14 2023 05:19:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2023 | Form ID: ntcpdiv | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 41436538 | Email/PDF: sluna@ur.com | Jun 14 2023 08:35:43 | United Rentals, File 51122, Los Angeles, CA 90074-1122 |
| 41436544 | Email/Text: bankruptcy@wrightexpress.com | Jun 14 2023 01:25:00 | WEX, PO Box 6293, Carol Stream, IL 60197-6293 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41436530 | | Superior Court of California |
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41436496 | *+ | Eric Henney, 15201 Vose Street, Van Nuys, CA 91405-2939 |
| 41436512 | ##+ | Mission Contructors, Inc., 2235 Palou Avenue, San Francisco, CA 94124-1504 |
| 41436524 | ##+ | Roadway Construction Service, PO Box 3916, Whittier, CA 90605-0916 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Halli B Heston | on behalf of Debtor PanoramaVision Inc. hheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com;hestonrr41032@notify.bestcase.com,handhecf@gmail.com |
| Robert Whitmore (TR) | rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| William Schumacher | on behalf of Creditor Falcon Leasing a Division of Falcon National Bank william.schumacher@lathropgpm.com, autodocketecf@milbank.com |

TOTAL: 4

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
PanoramaVision, Inc.
**SSN:** N/A
**EIN:** 47−1842587

PO Box 20885
Riverside, CA 92506

**BANKRUPTCY NO.** 6:23−bk−10640−MH
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before September 18, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: June 13, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**20 / RW**